IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN CALEB ROSS**                                                            **PLAINTIFF**
*ADC #156069*

v.                      **CASE NO. 4:25-CV-00428-BSM**

**ANTONIO D. JOHNSON, JR.,** *et al.*                          **DEFENDANTS**

## ORDER

    Magistrate Judge Jerome T. Kearney's proposed findings and recommendation [Doc. No. 7] is adopted. John Caleb Ross's amended complaint is dismissed without prejudice for failing to state a claim for which relief may be granted. This dismissal counts as a strike under 28 U.S.C. section 1915(g) and an *in forma pauperis* appeal from this order would not be taken in good faith.

    IT IS SO ORDERED this 27th day of June, 2025.

                                                                         _____
                                                                         UNITED STATES DISTRICT JUDGE