IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN CALEB ROSS**                                                        **PLAINTIFF**
*ADC #156069*

v.                             CASE NO. 4:25-CV-00428-BSM

**ANTONIO D. JOHNSON, JR.,** *et al.*                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 27th day of June, 2025.

                                                                      UNITED STATES DISTRICT JUDGE